OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 We agree with the court below that the New York City-Transit Authority does not qualify as a political subdivision of the State for purposes of the exception found in subdivision 1 of section 370 of the Vehicle and Traffic Law for “motor vehicles * * * owned and operated by a municipality”. In regard to the Transit Authority’s remaining contention, we have held that section 370 of the Vehicle and Traffic Law does not exclude self-insurers from the requirements of providing uninsured motorist coverage.
 
 (Matter of Allstate Ins. Co. v Shaw,
 
 52 NY2d 818.)
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur in memorandum.
 

 Order affirmed.